UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:16–cv–07026–DSF–AJW            Date   1/4/2017

Title      MULTICORE TECHNOLOGIES V. ROCKY WRIGHT ET AL

Present:      The Honorable      DALE S. FISCHER, UNITED STATES DISTRICT JUDGE

           Debra Plato                                     Not Present
          Deputy Clerk                                  Court Reporter

   Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:
            Not Present                                 Not Present

**Proceedings:**      (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL
                     FOR LACK OF PROSECUTION

       Absent a showing of good cause, an action must be dismissed without prejudice
if the summons and complaint are not served on a defendant within 90 days after the
complaint is filed. Fed. R. Civ. Proc. 4(m). Generally, defendants must answer the
complaint within 21 days after service (60 days if the defendant is the United States).
Fed. R. Civ. Proc. 12(a)(1).

       In the present case, it appears that one or more of these time periods has not
been met. Accordingly, the Court, on its own motion, orders plaintiff(s) to show
cause in writing on or before **Monday, January 23, 2016**, why this action should not
be dismissed as to the applicable defendant(s) for lack of prosecution. Pursuant to
Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is
appropriate for submission without oral argument. The Order to Show Cause will
stand submitted on that date.

       Filing of the following on or before the date indicated above will constitute a
satisfactory response to the Order to Show Cause:

   ___   Proofs of service of summons and complaint on all defendants for whom
         such documents have not yet been filed;

   XX   An appearance by all defendants who have been served or an application
         for entry of default pursuant to Rule 55(a) of the Federal Rules of Civil
         Procedure;

   ___   A request that the clerk enter default judgment or motion for entry of
         default judgment pursuant to Rule 55(b) of the Federal Rules of Civil
         Procedure.

   **IT IS SO ORDERED.**

                                             Initials of Deputy Clerk: _dp_